FILED

January 22, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____CR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: **DR:25-CR-00200-AM** |
| | § | |
| | § | |
| v. | § | **INDICTMENT** |
| | § | |
| | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| JOSE OCTAVIO GARZA-FUENTES | § | Illegal Re-entry into the United States.] |
| | § | |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about December 27, 2024, in the Western District of Texas, Defendant,

JOSE OCTAVIO GARZA-FUENTES,

an alien, attempted to enter, entered, and was found in the United States having previously been

denied admission, excluded, deported and removed from the United States on or about August 10,

2024, and that Defendant had not received the consent of the Attorney General of the United States

and the Secretary of the Department of Homeland Security, to reapply for admission to the United

States, in violation of Title 8, United States Code, Section 1326(a) & (b)(1)/(2).

A TRUE BILL.

███████████████████████████

FOREPERSON

JAIME ESPARZA
United States Attorney

By:_____
JAYVEE RHODA
Assistant United States Attorney